## 34745. THOMASON v. THOMASON.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED MARCH 30, 1979 — DECIDED SEPTEMBER 5, 1979.

*Eugene F. Edge,* for appellant.
*Robert L. Collins, Jr., Mike Eddings,* for appellee.